```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
SAMUEL J. DIAZ,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    C.A. No. 16-636 S
                                    )
LT. ANMRAL,                         )
                                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R) on April 28, 2017 recommending that the Court deny Plaintiff's Motion for Summary Judgment without prejudice because the case is in an early stage of discovery and Plaintiff has indicated that he plans to file an amended complaint. Neither party has filed an objection to the R&R. This Court therefore ACCEPTS the R&R (ECF No. 41) and, for the reasons stated therein, Plaintiff's Motion for Summary Judgment (ECF No. 36) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date: June 5, 2017